**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HISHAM METWALY,<br><br>                       Plaintiff,<br><br>v.<br><br>FIVE K HOSPITALITY CORPORATION, et al.,<br><br>                       Defendants. | Civil Action No. 17-10050 (SDW) (SCM)<br><br>**ORDER**<br><br>September 24, 2018 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Steven C. Mannion's ("Judge Mannion") Report and Recommendation ("R&R"), dated September 7, 2018, which recommends that this case be dismissed for Plaintiff Hisham Metwaly's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and Local Civil Rule 41.1(a). No objections to the R&R were filed.

This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Mannion (ECF No. 22) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                                s/ Susan D. Wigenton, U.S.D.J.

Orig:   Clerk
cc:      Parties
         Magistrate Judge Mannion